## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. WARNER | : | CIVIL ACTION |
| | : | NO: 21-00127-JMY |
| | : | |
| v. | : | |
| | : | |
| RAHNS CONSTRUCTION MATERIAL COMPANY, INC. | : | |
| | : | |
| | : | |

### ORDER

**AND NOW**, this 11th day of January, 2023, upon consideration of Defendants' Summary Judgment (ECF No. 25), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
_____
**Judge John Milton Younge**